

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2020

No. 04-19-00509-CR

Elizabeth Ann **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9024B
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's third request for an extension of time to file her brief is GRANTED. Appellant's brief is due on or before April 22, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court